v.

Commonwealth of Pennsylvania, Department of Public Welfare

and

Wyoming County Human Services, Intervenor, Petitioners.

Supreme Court of Pennsylvania.

Oct. 15, 2012.

## ORDER

PER CURIAM.

AND NOW, this 15th day of October, 2012, the Petition for Allowance of Appeal is hereby **GRANTED.** The issues, as stated by petitioners, are:

1. Whether [the] Commonwealth Court erred by determining that the videotape statement of a subject child is not admissible because the Administrative Law Judge heard testimony describing the statements before viewing the videotape?

2. Whether [the] Commonwealth Court erred by requiring that the videotape statement of a young victim of sexual abuse be corroborated by other evidence?

PROCTER & GAMBLE PAPER PRODUCTS COMPANY, Appellee

v.

COMMONWEALTH of Pennsylvania, Appellant.

Supreme Court of Pennsylvania.

Oct. 16, 2012.

## ORDER

PER CURIAM.

AND NOW, this 16th day of October, 2012, the order of the Commonwealth Court is **AFFIRMED.**